■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENITO MORALES, Appellant. [797 NYS2d 757]—Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered March 1, 2002, convicting him, upon a jury verdict, of assault in the second degree and criminal possession of a weapon in the third degree, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Bynum,* 70 NY2d 858 [1987]). In any event, viewing the evidence in a light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that the People adduced legally sufficient evidence to prove the defendant guilty of assault in the second degree and criminal possession of a weapon in the third degree beyond a reasonable doubt (*see People v Williams,* 14 AD3d 722 [2005]; *People v Fluker,* 2 AD3d 648 [2003]; *People v Wade,* 274 AD2d 438, 439 [2000]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80, 85 [1982]).

The defendant's remaining contentions are either unpreserved for appellate review (*see* CPL 470.05 [2]) or without merit. Florio, J.P., H. Miller, Cozier and Spolzino, JJ., concur.